UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DENISE BASHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendant. ) | Case No. 4:15-cv-00078-TWP-DML |

Report and Recommendation
on Defendant's Motion to Stay Proceedings

Defendant The Prudential Insurance Company of America ("Prudential") moves to stay all proceedings, including its deadline to respond to the plaintiff's complaint, pending the court's decision on Prudential's motion to transfer the venue of this case to either the Western District of Kentucky or, alternatively, the District of New Jersey.  At the district judge's request, the undersigned magistrate judge has issued a report and recommendation that the court grant Prudential's motion to transfer.  The magistrate judge also recommends that the district judge grant Prudential's motion to stay pending the district judge's disposition of the report and recommendation on the motion to transfer.  It is efficient to delay the filing of a response to the plaintiff's complaint (which may be affected by the law of the circuit court of appeals in which the presiding district sits) and the establishment of case management deadlines and procedures until a decision is made whether this case will be transferred to a different jurisdiction.

Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  The failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for that failure.  The parties should not anticipate any extension of this deadline or any other related briefing deadlines.

IT IS SO RECOMMENDED.

Dated: December 2, 2015

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system