UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DENISE BASHAM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:15-cv-00078-TWP-DML |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT'S MOTION TO STAY**

On December 2, 2015, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 24) on the defendant's motion to stay. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 24) and being duly advised, now APPROVES and ADOPTS it. The defendant's motion to stay (Dkt. 13) is therefore GRANTED as provided in the Report and Recommendation and this Order. This case is stayed pending the Court's disposition of the Magistrate Judge's Report and Recommendation on the defendant's motion to transfer.

IT IS SO ORDERED.

Date: 12/22/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew M. Grabhorn
GRABHORN LAW OFFICE PLLC
a.grabhorn@grabhornlaw.com

Michael D. Grabhorn
GRABHORN LAW OFFICE, PLLC
m.grabhorn@grabhornlaw.com

Samuel Schwartz-Fenwick
SEYFARTH SHAW LLP
sschwartz-fenwick@seyfarth.com

Amanda A. Sonneborn
SEYFARTH SHAW LLP (Chicago)
asonneborn@seyfarth.com